**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| GUILLERMO MARTI and FELICIA MARTI JT TEN, derivatively on behalf of CASSAVA SCIENCES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> REMI BARBIER, ERIC J. SCHOEN, RICHARD J. BARRY, ROBERT Z. GUSSIN, MICHAEL J. O'DONNELL, SANFORD R. ROBERTSON, and PATRICK J. SCANNON, <br><br> Defendants, <br><br> and <br><br> CASSAVA SCIENCES, INC., <br><br> Nominal Defendant. | **Case No.:** 1:24-cv-02223 |
| JOSE GARZA, derivatively on behalf of CASSAVA SCIENCES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> REMI BARBIER, ERIC J. SCHOEN, RICHARD J. BARRY, ROBERT Z. GUSSIN, MICHAEL J. O'DONNELL, SANFORD R. ROBERTSON, and PATRICK J. SCANNON, <br><br> Defendants, <br><br> and <br><br> CASSAVA SCIENCES, INC., <br><br> Nominal Defendant. | **Case No.:** 1:24-cv-02725 |

**[PROPOSED] ORDER REASSIGNING CASES AS RELATED**

The Court has considered the *Joint Motion for Reassignment of Cases as Related,* and good cause appearing therefor, the Court hereby orders that:

a) *Garza v. Barbier et al.*, Case No. 1:24-cv-02725 be treated as related to *Marti et al. v. Barbier et al.*, Case No. 1:24-cv-02223; and

b) The *Garza* Action be reassigned to the undersigned district judge.

IT IS SO ORDERED.

Dated: _____, 2024

                                                                                      Honorable John F. Kness
United States District Judge