| | |
|---|---|
| IN RE CASSAVA SCIENCES, INC. DERIVATIVE LITIGATION | **Lead Case No. : 1-24-cv-02223** |
| | Hon. John F. Kness, U.S. District Court Judge |
| This Document Relates To :<br><br>ALL ACTIONS | Hon. Jeffrey Cole, U.S. Magistrate Judge |

## JOINT STATUS UPDATE

Pursuant to this Court's April 3, 2026 Order, Plaintiffs Guillermo Marti, Felicia Marti JT Ten, and Jose Garza ("Plaintiffs"); Individual Defendants Remi Barbier, Lindsay Burns, Eric Schoen, Richard Barry, Robert Gussin, Michael O'Donnell, Patrick Scannon, James Kupiec, Robert Anderson, Jr. Pierre Gravier, and Claude Nicaise ("Individual Defendants"); and Nominal Defendant Cassava Sciences, Inc. (together with the Individual Defendants, "Defendants"), by and through their undersigned counsel, jointly submit the following status update.

1. On September 6, 2024, this Court issued its Order Consolidating Related Shareholder Derivative Actions, Appointing Lead Counsel for Plaintiffs, and Staying Consolidated Action. Pursuant to that Order, the stay of this case will terminate upon any of the following events: (i) entry of an order adjudicating a motion for summary judgment filed by any of the defendants in the Securities Class Action; (ii) the announcement that the parties in the Securities Class Action have executed a settlement agreement, or (iii) upon thirty (30) days' notice via email to the undersigned counsel for Defendants by Plaintiffs in the event that another derivative action concerning the same or similar subject matter ("Other Derivative Actions") is not stayed for at least the same duration or if the stays in the Other Derivative Actions are terminated (the "Termination Events").

2. On December 12, 2025, the parties in the Securities Class Action filed a Notice of Outcome of ADR Proceeding, announcing that the Securities Class Action plaintiffs and defendants Cassava Sciences Inc. and Eric Schoen had executed a settlement term sheet, and that they intend to prepare a formal stipulation of settlement and motion for preliminary approval of the settlement for presentation to the United States District Court for the Western District of Texas.

3. On April 3, 2026, this Court ordered the parties to submit a concise status report on or before April 10, 2026.

4. In parallel with the proposed resolution of the Securities Class Action, the parties to this action and the Other Derivative Actions have agreed to engage in mediation in an attempt to resolve this case and the Other Derivative Actions. This mediation is scheduled for May 15, 2026.

5. Accordingly, consistent with this Court's September 6, 2024 Order, the parties respectfully submit that this case should remain stayed.

Respectfully submitted,

DATED: April 10, 2026

**THE BROWN LAW FIRM, P.C.**
*/s/ Timothy Brown*
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

*Lead Counsel for Plaintiffs*

DATED: April 10, 2026

**GIBSON, DUNN & CRUTCHER LLP**
*/s/ Monica Kathleen Loseman*
Monica Kathleen Loseman (*pro hac vice*)
1900 Lawrence St., Suite 3000
Denver, CO 80202
Telephone: (303) 298-5784
MLoseman@gibsondunn.com

**GIBSON, DUNN & CRUTCHER LLP**
Julia G. Tabat (IL Bar No. 6336834)
2001 Ross Ave., Suite 2100
Dallas, TX 75201

*Attorneys for Cassava Sciences, Inc., Eric J. Schoen, Richard J. Barry, Robert Z. Gussin, Michael J. O'Donnell & Patrick J. Scannon*

DATED: April 10, 2026

**BAKER & HOSTETLER LLP**
*/s/ Douglas Wesley Greene*
Douglas Wesley Greene (*pro hac vice*)
Zachary R. Taylor (*pro hac vice*)
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
dgreene@bakerlaw.com
ztaylor@bakerlaw.com

**BAKER & HOSTETLER LLP**
Douglas Lloyd Shively
191 North Wacker Drive, Suite 3100
Chicago, IL 60606-1901
Telephone: (312) 416-6200
dshively@bakerlaw.com

*Attorneys for Defendants Remi Barbier & Lindsay Burns*